Case 2:25-cv-00018    Document 29    Filed 02/02/26 in TXSD    Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
February 02, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| CONSUELO LOPEZ, § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | CIVIL ACTION NO. 2:25-CV-00018 |
| § | |
| DOLGENCORP OF TEXAS, INC., *et al.*, § | |
| § | |
| Defendants. § | |

## **ORDER ADOPTING MEMORANDUM AND RECOMMENDATION**

On December 19, 2025, United States Magistrate Judge Julie K. Hampton issued her "Memorandum and Recommendation" (D.E. 28), recommending that the Court grant Defendants' motion for summary judgment (D.E. 23). The parties were provided proper notice of, and opportunity to object to, the Magistrate Judge's memorandum and recommendation. Fed. R. Civ. P. 72(b); 28 U.S.C. § 636(b)(1); General Order No. 2002-13. No objections have been timely filed.

When no timely objection to a magistrate judge's memorandum and recommendation is filed, the district court need only satisfy itself that there is no clear error on the face of the record and accept the magistrate judge's memorandum and recommendation. *Guillory v. PPG Indus., Inc.*, 434 F.3d 303, 308 (5th Cir. 2005) (citing *Douglass v. United Servs. Auto Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996)).

Having reviewed the findings of fact and conclusions of law set forth in the Magistrate Judge's memorandum and recommendation (D.E. 28), and all other relevant

documents in the record, and finding no clear error, the Court **ADOPTS** as its own the findings and conclusions of the Magistrate Judge. Accordingly, Defendants' motion for summary judgment (D.E. 23) is **GRANTED** and this action is **DISMISSED WITH PREJUDICE**.

    **ORDERED** on February 2, 2026.

                                            NELVA GONZALES RAMOS
                                            UNITED STATES DISTRICT JUDGE